# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: CROWN, ASIE J. | § | Case No. 08-72705 |
| CROWN, JEANNETTE M. | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY_____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $        4,212.88 |
| *and approved disbursements of* | $        2,549.33 |
| *leaving a balance of* | $        1,663.55 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $        354.08 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $        1,309.47 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,474.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Medical Pain Management Services | $ 703.65 | $ 0.00 |
| 2 | Carlson Chiropractic Clinic | $ 9,123.72 | $ 0.00 |
| 3 | Rock Valley Federal Credit Union | $ 12,608.41 | $ 0.00 |
| 4 | Recovery Management Systems Corporation | $ 639.30 | $ 0.00 |
| 5 | Recovery Management Systems Corporation | $ 11,137.34 | $ 0.00 |
| 6 | Discover Bank/DFS Services LLC | $ 5,622.07 | $ 0.00 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 7 | RRCA Account Management, Inc. | $ 612.00 | $ 0.00 |
| 8 | DeKalb Clinic Chartered | $ 316.63 | $ 0.00 |
| 9 | Allied Business Accounts, Inc. | $ 17,295.14 | $ 0.00 |
| 10 | Roundup Funding, LLC/Household Bank | $ 12,921.21 | $ 0.00 |
| 11 | eCAST Settlement Corporation/HSBC Bank Nevada | $ 495.10 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

211 South Court Street

Room 110

Rockford, IL 61101

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on July 06, 2009 in Courtroom 115, United States Courthouse,

211 South Court Street

Room 115

Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date:   05/18/2009                 By:   /s/STEPHEN G. BALSLEY
                                                        Trustee

STEPHEN G. BALSLEY

6833 STALTER DRIVE

ROCKFORD, IL 61108

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman          Page 1 of 2          Date Rcvd: Jun 10, 2009
Case: 08-72705                Form ID: pdf006         Total Noticed: 51


The following entities were noticed by first class mail on Jun 12, 2009.
db/jdb      +Asie J. Crown,   Jeannette M. Crown,   8358 N. Canary Dr.,   Stillman Valley, IL 61084-9673
aty         +Jeffrey A Bivens,   Jeffrey A. Bivens, PC,   5844 Elaine Drive,   Rockford, IL 61108-2494
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
12538394     AT&T Universal Card,   8787 Baypine Rd.,   Jacksonville, FL 32256-8528
13017521    +Allied Business Accounts Inc,   PO Box 1600,   Clinton, IA 52733-1600
12538396    +BP Oil,   P.O. Box 9033,   Carlsbad, CA 92018-9033
12538395     Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
12538397    +Capital One,   P.O. Box 60000,   Seattle, WA 98190-6000
12538398     Carlson Chiropractic Clinic,   1848 Daimler Rd.,   Rockford, IL 61112-1019
12538399     Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
12538400     Citibank,   P.O. Box 6414,   The Lakes, NV 88901-6414
12538401     Citibank,   c/o Michael Fine,   131 S. Derborn Ste., 3d Floor,   Chicago, IL 60603
12538402    +Countrywide Home Loans,   400 Countrywide Way,   Simi Valley, CA 93065-6298
12538404    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court:  Discover,   12 Reads Way,   New Castle, DE 19720-1649)
12538403    +DeKalb Clinic Chartered,   Attn Patient Accounts,   217 Franklin St,   DeKalb, IL 60115-3752
12538405    +Discover,   c/o Focus Receivables Management,   1130 Northchase Pkwy, Ste. 150,
             Marietta, GA 30067-6429
12866327     Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
12538406     E-cast,   c/o Bass & Associates,   3936 E. Fort Lowell Rd., Ste. 200,   Tucson, AZ 85712-1083
12538407    +FBS Card Services,   PO Box 9487,   Minneapolis, MN 55440-9487
12538408     Financial Recovery Services,   PO Box 385908,   Minneapolis, MN 55438-5908
12538409     Independence Receivables/MBNA,   c/o Mitchell Kay, PC,   P.O. Box 2374,   Chicago, IL 60690-2374
12538411     Kishwaukee Community Hospital,   c/o Pellittieri & Associates,   991 Oak Creek Drive,
             Lombard, IL 60148-6408
12538410    +Kishwaukee Community Hospital,   PO Box 846,   Dekalb, IL 60115-0846
12538413    +Medical Pain Management Services,   Creditors Protection Service Inc,   POB 4115,
             Rockford IL 61110-0615
12538414    +Menards/HSBC,   90 Christiana Rd.,   New Castle, DE 19720-3118
12538415    +Northland Group, Inc.,   7831 Glenroy Rd. Ste. 350,   Edina, MN 55439-3133
12538417    +OSF Health Care,   5666 E. State St,   Rockford, IL 61108-2425
12538418    +OSF Home Medical Equipment,   6075 Reliable Parkway,   Chicago, IL 60686-0001
12538416    +Ogle County Physical Therapy,   c/o Medical-Dental-Hospital Bureau,   7507 N. 2d St.,
             Machesney Park, IL 61115-2866
12538419    +Providian / Washington Mutual,   P.O. Box 9007,   Pleasanton, CA 94566-9007
12538430    +RRCA Acts Mgt Inc,   201 E 3rd Street,   Sterling, Il 61081-3611
12538420    +Rock Valley Federal Credit Union,   1201 Clifford Ave.,   Loves Park, IL 61111-7500
12538421    +Rock Valley Federal Credit Union,   c/o Reilly Law Offices,   6801 Spring Creek Rd.,
             Rockford, IL 61114-7420
12538422    +Rockford Ambulatory Surgery Cntr,   1016 Featherstone Road,   Rockford, IL 61107-5902
12538423    +Rockford Anesthesiologists,   PO Box 4569,   Rockford, IL 61110-4569
12538425     Rockford Health Physicians,   c/o Creditor's Protection Service,,   P.O. Box 4115,
             Rockford, IL 61110-0615
12538424    +Rockford Health Physicians,   2300 N. Rockton Ave.,   Rockford, IL 61103-3619
12538426    +Rockford Health System,   2300 N. Rockton,   Rockford, IL 61103-3619
12538427    +Rockford Memorial Hospital,   2400 N. Rockton,   Rockford, IL 61103-3681
12538429    +Rockford Radiology,   c/o Rockford Mercantile Agency,   2502 S. Alpine Rd.,
             Rockford, IL 61108-7813
12538428     Rockford Radiology,   P.O. Box 5368,   Rockford, IL 61125-0368
12538431    +Tri-Cap Investment Partners, LLC,   c/o Richard Boudreau & Associates,,   5 Industrial Way,
             Salem, NH 03079-4866
12538432     Triad Radiology & Imaging, Inc.,   1121 Lake Cook Rd., Ste. M,   Deerfield, IL 60015-5234
12538434    +US Bank,   c/o Keith Shindler, Ltd.,   1040 S. Milwaukee Ave., Ste. 110,
             Wheeling, IL 60090-6375
12538433     Unifund,   P.O. Box 505,   Linden, MI 48451-0505
13476813    +eCAST Settlement Corporation,   Assignee of HSBC Bank Nevada,   Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083

The following entities were noticed by electronic transmission on Jun 11, 2009.
12610056     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2009 07:15:06     GE Money Bank,
             c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
             Miami FL 33131-1605
12538412     E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2009 07:12:52     Lenscrafters/GEMB,
             P.O. Box 981439,   El Paso, TX 79998-1439
12860337    +E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2009 07:12:54
             Recovery Management Systems Corporation,   For GE Money Bank,   dba LENSCRAFTERS/GEMB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12861070    +E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2009 07:12:47
             Recovery Management Systems Corporation,   For Capital Recovery II,   As Assignee of US BANK,
             25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
13453957     E-mail/PDF: BNCEmails@blinellc.com Jun 11 2009 07:12:31     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                            TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                    TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman          Page 2 of 2          Date Rcvd: Jun 10, 2009
Case: 08-72705               Form ID: pdf006          Total Noticed: 51
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2009**                     **Signature:** _____