UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: CROWN, ASIE J. § Case No. 08-72705
      CROWN, JEANNETTE M. §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $143,026.00 | Assets Exempt: $38,026.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $208,169.57 |
| Total Expenses of Administration: $2,549.35 | |

3) Total gross receipts of $ 4,212.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,663.53 (see **Exhibit 2**), yielded net receipts of $2,549.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $133,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,880.14 | 3,880.14 | 2,549.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 136,695.00 | 71,474.57 | 71,474.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $270,195.00 | $75,354.71 | $75,354.71 | $2,549.35 |

4) This case was originally filed under Chapter 7 on August 21, 2008. . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2009        By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 20 Acres in Susanville, California | 1110-000 | 4,212.87 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$4,212.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Cheryle A. McKiski | One-half proceeds from sale of real estate | 8100-002 | 0.00 |
| Cheryle A. McKiski | One-half proceeds from sale of real estate | 8100-002 | 1,663.53 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,663.53** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citibank | 4110-000 | 13,500.00 | N/A | N/A | 0.00 |
| Countrywide Home Loans | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| Rock Valley Federal Credit Union | 4110-000 | 14,000.00 | N/A | N/A | 0.00 |
| Countrywide Home Loans | 4110-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $133,500.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 637.34 | 637.34 | 354.08 |
| Stephen G. Balsley | 3110-000 | N/A | 2,357.00 | 2,357.00 | 1,309.47 |
| Chicago Title Company | 2500-000 | N/A | 180.00 | 180.00 | 180.00 |
| Chicago Title Company | 2500-000 | N/A | 4.95 | 4.95 | 4.95 |
| Chicago Title Company | 2500-000 | N/A | 12.00 | 12.00 | 12.00 |
| Chicago Title Company | 2500-000 | N/A | 137.50 | 137.50 | 137.50 |
| Chicago Title Company | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Chicago Title Company | 2500-000 | N/A | 34.35 | 34.35 | 34.35 |
| Chicago Title Company | 3510-000 | N/A | 420.00 | 420.00 | 420.00 |
| Chicago Title Company | 2500-000 | N/A | 72.00 | 72.00 | 72.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,880.14 | 3,880.14 | 2,549.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Medical Pain Management Services | 7100-000 | N/A | 703.65 | 703.65 | 0.00 |
| Carlson Chiropractic Clinic | 7100-000 | N/A | 9,123.72 | 9,123.72 | 0.00 |
| Rock Valley Federal Credit Union | 7100-000 | N/A | 12,608.41 | 12,608.41 | 0.00 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 639.30 | 639.30 | 0.00 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 11,137.34 | 11,137.34 | 0.00 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 5,622.07 | 5,622.07 | 0.00 |
| RRCA Account Management, Inc. | 7100-000 | N/A | 612.00 | 612.00 | 0.00 |
| DeKalb Clinic Chartered | 7100-000 | N/A | 316.63 | 316.63 | 0.00 |
| Allied Business Accounts, Inc. | 7100-000 | N/A | 17,295.14 | 17,295.14 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Roundup Funding, LLC/Household Bank | 7100-000 | N/A | 12,921.21 | 12,921.21 | 0.00 |
| eCAST Settlement Corporation/HSBC Bank Nevada | 7100-000 | N/A | 495.10 | 495.10 | 0.00 |
| E-Cast | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| FBS Card Services | 7100-000 | 11,500.00 | N/A | N/A | 0.00 |
| Independent Receivables/MBNA | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| Ogle County Physical Theapy | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| Kishwaukee Community Hospital | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| Rockford Radiology | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Triad Radiology & Imaging, Inc. | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| Tri-Cap Investment Partners, LLC | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| Rockford Anesthesiologists | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| Rockford Ambulatory Surgery Center | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| OSF Heathcare | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| Providian / Washington Mutual | 7100-000 | 14,500.00 | N/A | N/A | 0.00 |
| OSF Home Medical Equipment | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| Citibank | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| AT&T Universal Card | 7100-000 | 13,500.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 41,000.00 | N/A | N/A | 0.00 |
| BP Oil | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 136,695.00 | 71,474.57 | 71,474.57 | 0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-72705  
Case Name: CROWN, ASIE J.  
CROWN, JEANNETTE M.  
Period Ending: 09/09/09

Trustee: (330410) STEPHEN G. BALSLEY  
Filed (f) or Converted (c): 08/21/08 (f)  
§341(a) Meeting Date: 09/25/08  
Claims Bar Date: 01/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 8358 North Canary Drive, Stillman Valley, IL | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 20 Acres in Susanville, California | 3,500.00 | 4,212.87 | | 4,212.87 | FA |
| 3 | Cash (Husband) | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Cash (Wife) | 1.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account - Byron Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account - US Bank | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing (Husband) | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing (Wife) | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 11 | .12 ga Remington shotgun | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Remington 30.06 rifle | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1997 Mack CH 613 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1996 Ford F-250 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.01 | FA |
| 15 | Assets Totals (Excluding unknown values) | $146,526.00 | $4,212.87 | | $4,212.88 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 31, 2009        Current Projected Date Of Final Report (TFR):   May 19, 2009  (Actual)

Printed: 09/09/2009 10:07 AM   V.11.50

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-72705 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CROWN, ASIE J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CROWN, JEANNETTE M. | | Account: | ***-*****71-65 - Money Market Account |
| Taxpayer ID #: | 54-6838389 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/12/09 | | Chicago Title Company | Sale of real estate | | 3,327.07 | | 3,327.07 |
| | {2} | | 4,212.87 | 1110-000 | | | 3,327.07 |
| | | | Title charges 01-O-CLTA Standard  -180.00 | 2500-000 | | | 3,327.07 |
| | | | County Transfer Tax  -4.95 | 2500-000 | | | 3,327.07 |
| | | | Recording Deed  -12.00 | 2500-000 | | | 3,327.07 |
| | | | Escrow fee to Chicago Title  -137.50 | 2500-000 | | | 3,327.07 |
| | | | Draw Deed  -25.00 | 2500-000 | | | 3,327.07 |
| | | | UPS Delivery Fee  -34.35 | 2500-000 | | | 3,327.07 |
| | | | Selling Brokers Commission to Susan River Realty  -420.00 | 3510-000 | | | 3,327.07 |
| | | | Disclosure Save for Hazard Disclosure  -72.00 | 2500-000 | | | 3,327.07 |
| 05/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 3,327.08 |
| 05/18/09 | | To Account #********7166 | Transfer funds from MMA to checking account | 9999-000 | | 3,327.08 | 0.00 |
| 05/18/09 | 1001 | Cheryle A. McKiski | One-half proceeds from sale of real estate Voided on 05/18/09 | 8100-002 | | 1,663.53 | -1,663.53 |
| 05/18/09 | 1001 | Cheryle A. McKiski | One-half proceeds from sale of real estate Voided: check issued on 05/18/09 | 8100-002 | | -1,663.53 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,327.08 | 3,327.08   $0.00 |
| Less: Bank Transfers | 0.00 | 3,327.08 |
| Subtotal | 3,327.08 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $3,327.08 | $0.00 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-72705 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CROWN, ASIE J. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CROWN, JEANNETTE M. | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | 54-6838389 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/09 | | From Account #********7165 | Transfer funds from MMA to checking account | 9999-000 | 3,327.08 | | 3,327.08 |
| 05/18/09 | 101 | Cheryle A. McKiski | One-half proceeds from sale of real estate | 8100-002 | | 1,663.53 | 1,663.55 |
| 07/06/09 | 102 | Stephen G. Balsley | Dividend paid 55.55% on $2,357.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,309.47 | 354.08 |
| 07/06/09 | 103 | STEPHEN G. BALSLEY | Dividend paid 55.55% on $637.34, Trustee Compensation; Reference: | 2100-000 | | 354.08 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 3,327.08 | 3,327.08 | $0.00 |
| Less: Bank Transfers | 3,327.08 | 0.00 | |
| Subtotal | 0.00 | 3,327.08 | |
| Less: Payments to Debtors | | 1,663.53 | |
| NET Receipts / Disbursements | $0.00 | $1,663.55 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****71-65 | 3,327.08 | 0.00 | 0.00 |
| Checking # ***-*****71-66 | 0.00 | 1,663.55 | 0.00 |
| | $3,327.08 | $1,663.55 | $0.00 |

{} Asset reference(s)                                                                    Printed: 09/09/2009 10:07 AM    V.11.50

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2009 through August 31, 2009
Account Number: **000312207927166**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

```
00018129 DBI 802 24 24409 - NNNNN  1 000000000 60 0000
08-72705 CROWN ASIE J
CROWN JEANNETTE M DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004
```

## CHECKING SUMMARY  Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,663.53 |
| Checks Paid | 1 | - 1,663.53 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 08/19 | $1,663.53 |
| **Total Checks Paid** | | $1,663.53 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/19 | $0.00 |

*8/19/09* (handwritten)

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 30, 2009 through June 30, 2009
Account Number: **000312207927165**

## CUSTOMER SERVICE INFORMATION

Service Center:   **1-800-634-5273**

```
00017649 DBI 802 24 18209 - NNNNN  6 000000000 60 0000
```
08-72705 CROWN ASIE J
CROWN JEANNETTE M DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY    Bankruptcy Business Money Market

|                      | INSTANCES | AMOUNT |
|----------------------|-----------|--------|
| Beginning Balance    |           | $0.00  |
| Ending Balance       | 0         | $0.00  |
| Interest Paid Year-to-Date |     | $0.01  |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $0.01.